Kathryn Holbert, Esq.
Nevada Bar No. 10084
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
228 South 4th Street, Suite 300
Las Vegas, NV 89101
(702)386-8600, Fax (702)383-0994
kholbert@brianshapirolaw.com
Attorneys for Defendant
P&B CAPITAL GROUP, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JENNIFER REYNOLDS,

                   Plaintiff,

vs.

P&B CAPITAL GROUP, LLC.,

                   Defendant.

Case No.: 2:13-cv-01713-JCM-PAL

## STIPULATION AND ORDER TO DISMISS

     JENNIFER REYNOLDS, ("Plaintiff"), by and through her counsel, David H. Krieger, Esq. with Haines & Krieger, LLC. and P&B CAPITAL GROUP, LLC., ("Defendant") by and through its attorney Kathryn Holbert, Esq., with the Law Office of Brian D. Shapiro, LLC, hereby agrees as follows:

     WHEREAS, the Plaintiff and Defendant have reached a resolution in this matter.

     WHEREAS, the Defendant has performed in accordance with the terms of the resolution.

     WHEREAS, the Plaintiff and Defendant stipulate to dismiss this matter with prejudice.

     WHEREAS, the parties each agree to pay their own costs and fees incurred in this matter.

///

///

///

///

1       WHEREAS, the undersigned each has express authority on behalf of its Client to enter

2  into this Stipulation.

3

4  Dated: _2-11-14_____         Dated:_____ _02/11/2014_____

5

6

7  Kathryn Holbert, Esq.             __/s/ David Krieger_____
    Nevada Bar No. 10084             David H. Krieger, Esq.

8  Law Office of Brian D. Shapiro, LLC     Nevada Bar No. 9086
    228 S. 4th Street, Suite 300          Haines & Krieger, LLC

9  Las Vegas, NV 89101             5041 N. Rainbow Blvd.
    (702)386-8600, Fax (702)383-0994      Las Vegas, NV 89130

10  kholbert@brianshapirolaw.com       (702) 880-5554; Fax (702) 385-5518
    Attorney for Defendant            dkrieger@hainesandkrieger.com

11                                        Attorney for Plaintiff

12

13                          **ORDER**

14       Based upon and pursuant to the above and foregoing Stipulation is it hereby ORDERED

15  that the above referenced matter is hereby dismissed, with prejudice, each party to bear their own

16  attorneys fees and costs.

17  **IT IS SO ORDERED** February 19, 2014.

18                       _James C. Mahan_____

19                    UNITED STATES DISTRICT JUDGE

20  Submitted by:

21

22  Kathryn Holbert, Esq.

23  Nevada Bar No. 10084
    Law Office of Brian D. Shapiro

24  228 S. 4th Street, Suite 300
    Las Vegas, NV 89101

25  (702)386-8600, Fax (702)383-0994
    kholbert@brianshapirolaw.com

26  Attorney for Defendant

27

28                       Page 2 of 2